IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELA PAYTON,<br><br>    Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | 8:25CV619<br><br>ORDER |

  This matter is before the Court on plaintiff Angela Payton's ("Payton") Application to Proceed in District Court without Prepaying Fees or Costs (Filing No. 2). Upon careful review of the request, Payton's application (Filing No. 2) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

  IT IS SO ORDERED.

  Dated this 20th day of October 2025.

                BY THE COURT:

                Robert F. Rossiter, Jr.
                Chief United States District Judge